# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

ERICA HARDEN, an individual

       Plaintiff,

v.                                   Case No: 2:21-cv-705-SPC-NPM

EVERGLADES COLLEGE,
INC.,

       Defendant.
_____/

## ORDER[1]

Before the Court is the parties' Joint Stipulation (Doc. 16).  The parties agree Plaintiff's claims are subject to an arbitration agreement.  So they concur the Court should stay this case and compel arbitration.  The Court construes this stipulation as a motion to compel arbitration.  Given the parties' agreement, the Court grants the motion.  *See* 9 U.S.C. § 3-4.

Accordingly, it is now

**ORDERED:**

1. The parties' Joint Stipulation to Compel Arbitration (Doc. 16) is

    **GRANTED**.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

2. The parties are **DIRECTED** to arbitrate this case promptly—in accordance with their stipulation and arbitration agreement.

3. This case is **STAYED** until the parties advise the Court that (1) arbitration has been completed and (2) the stay should be lifted or the case should be dismissed.  The parties are **DIRECTED** to notify the Court of such matters **within seven (7) days** of the arbitration concluding.

4. The parties are **DIRECTED** to file a joint report on the status of arbitration **on or before February 14, 2022**, and **every ninety (90) days after** that date until arbitration concludes.

5. The Clerk is **DIRECTED** to add a stay flag on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida on November 16, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record